IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 11-00303-CR-W-GAF ) |
| LONNIE GOODRICH, | ) ) |
| Defendant. | ) |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on April 11, 2012. Defendant Goodrich appeared pro se and with stand-by counsel Katrina Robertson. The United States of America appeared by Assistant United States Attorney David DeTar Newbert.

## I.  BACKGROUND

On December 14, 2011, an indictment was returned charging Defendant with one count of managing and controlling a "drug house," in violation of 21 U.S.C. §§ 856(a)(2) and (b).

The following matters were discussed and action taken during the pretrial conference:

## II.  TRIAL COUNSEL

Mr. DeTar Newbert announced that he will be the trial counsel for the government. The case agent to be seated at counsel table is Greg Coon, ATF.

Mr. Goodrich will represent himself. Katrina Robertson will be present as stand-by counsel.

## III.  OUTSTANDING MOTIONS

- Motion to Suppress (Doc. No. 44), *objections due 04/18/12*;
- Motion for Order - Judicial Notice By The Way of Affidavit to Suppress Evidence

- (Doc. No. 51), *objections due 04/18/12*;
- Motion for Order - Judicial Notice By Way of Affidavit to Suppress All Evidence/And Judicial Notice By Way of Affidavit to Suppress Evidence Obtained From Search and Seizure (Doc. No. 52), *objections due 04/18/12*; and
- Motion for Order to Waive Trial by Jury (Doc. No. 63).

## IV. TRIAL WITNESSES

Mr. DeTar Newbert announced that the government intends to call 9-10 witnesses without stipulations or 9-10 witnesses with stipulations during the trial.

Mr. Goodrich does not intend to call any witnesses during the trial. Defendant will not testify.

## V. TRIAL EXHIBITS

Mr. DeTar Newbert announced that the government will offer approximately 50 exhibits in evidence during the trial.

Mr. Goodrich will not offer any exhibits in evidence during the trial.

## VI. DEFENSES

Mr. Goodrich will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Mr. Goodrich stated this case is definitely for trial.

## VIII. STIPULATIONS

Stipulations are not likely.

## IX. TRIAL TIME

The parties were in agreement that this case will take 1-1½ days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That each party file and serve a list of exhibits he intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by April 11, 2012;

That each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, April 18, 2012;

That each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions[1] by or before noon, Wednesday, April 18, 2012. The parties are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

## XI.  UNUSUAL QUESTIONS OF LAW

A motion in limine will probably be filed concerning two separate trials for one event. Defendant may raise an issue concerning the event here resulting in to separate prosecutions and trials.

## XII.  TRIAL SETTING

The parties were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on April 23, 2012.

*/s/ Robert E. Larsen*
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
April 11, 2012

cc:   Mr. Kevin Lyon

---

[1] Parties in all cases assigned to be tried before Chief Judge Fernando Gaitan, Jr., as reflected in the trial letter, shall meet and prepare a packet of agreed proposed jury instructions to be submitted to Judge Gaitan and e-mailed to marylynn_shawver@mow.uscourts.gov and rhonda_enss@mow.uscourts.gov by April 20, 2012. To the extent there are disagreements to certain instructions, the parties shall tab and submit his or her preference on those instructions. The instructions shall be listed in the order they are to be given.